USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/25/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

TERRIC LETANG,

Plaintiff,

-against-

OFFICER ROSA SOTO, OFFICER EUGENIA WILLIAMS, SERGEANT PHILIP TERPOS, and OFFICER JOHN SHEA,

Defendants.

-------------------------------------------------------X

13 **CIVIL** 8144 (SAS)

**JUDGMENT**

The issues in the above-entitled action having been brought on for trial before the Honorable Shira A. Scheindlin, United States District Judge, and a jury on January 26, 2015, and at the conclusion of the trial on February 2, 2015, the jury having returned a verdict in favor of the defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
March 24, 2015

**SO ORDERED**

[signature]

USDJ

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**

# Extract of Minutes

**United States District Court**
**Southern District of New York**

------------------------------------------------------ x

TERRIC LETANG

Plaintiff

**V.**

Officer Rosa Soto, Officer Eugenia Williams, Sargent Philip Terpos, and Officer John Shea,

Defendants

--- ---------------------------------------------------x

**Docket # 13 cv 8144(SAS)**
Hon. Shira A. Scheindlin

**Appearances:** ( PLEASE INCLUDE FIRM NAME & TELEPHONE NUMBER)

**Plaintiff:** Steven Michael Warshawsky, Law Firm of Steven M. Warshawsky, Empire State Building, 350 Fifth Avenue, 59th Floor, New York, NY 10118, (212) 601-1980; Anthony Patrick Consiglio, Anthony P. Consiglio, Attorney at Law, 200 Pinehurst Avenue #1-D, New York, NY 10033, (212) 810-6805.

**Defendant:** Patricia Miller and Susan P. Scharfstein, NYC Law Dept, Office of Corp Counsel, 100 Church Street, New York, NY 10007, (212) 227-4071

TRIAL: **JURY TRIAL BEGUN JANUARY 26, 2015 and ENDED FEBRUARY 2, 2015**

No liability found against any of the defendants on plaintiff's claims. Therefore no damages awarded.

**CLERK** **___Cliff Bloomfield_x0120**

GOVERNMENT
Ct EXHIBIT
1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

TERRIC LETANG,

Plaintiff,

- against -

OFFICER ROSA SOTO, OFFICER EUGENIA WILLIAMS, SERGEANT PHILIP TERPOS, and OFFICER JOHN SHEA,

Defendants.

---------------------------------------------------------X

**VERDICT SHEET**

**13 Civ. 8144 (SAS)**

**May 21, 2012 Incident**

1. Did Terric LeTang prove by a preponderance of the evidence that he was falsely arrested by Officer Soto and/or Officer Williams?

| | | |
|---|---|---|
| Officer Soto: | YES ____ | NO ✓ |
| Officer Williams: | YES ____ | NO ✓ |

**(If you answered YES to question 1 for either or both of the defendants, proceed to questions 2-4. If you answered NO to question 1 for both of the defendants, proceed to question 5.)**

2. State the dollar amount of damages plaintiff sustained for loss of liberty:

| | |
|---|---|
| Officer Soto (if applicable): | $______ |
| Officer Williams (if applicable): | $______ |

3. Did Terric LeTang prove by a preponderance of the evidence that he suffered actual compensatory damages (for physical, emotional, or psychic injury) as a result of being falsely arrested by Officer Soto

and/or Officer Williams?

Officer Soto (if applicable): YES _____ NO _____
Officer Williams (if applicable): YES _____ NO _____

4. State the dollar amount of any actual compensatory damages sustained by plaintiff (for physical, emotional, or psychic injury) that were caused by the conduct of any defendant for whom you answered YES for question 3:

Officer Soto (if applicable): $__________
Officer Williams (if applicable): $__________

5. If you answered NO to Question 1 for either defendant, please check each crime listed below for which you found a defendant had probable cause to arrest Mr. LeTang on May 21, 2012. The crimes are defined at pages 18-20 of the jury charge. (If you answered yes to question 1 for both defendants, do not answer question 5 and proceed to question 6.)

Disorderly Conduct

NY Penal Law § 240.20(1): _____
NY Penal Law § 240.20(2): _____
NY Penal Law § 240.20(3): ✓
NY Penal Law § 240.20(4): _____
NY Penal Law § 240.20(5): ✓
NY Penal Law § 240.20(6): _____
NY Penal Law § 240.20(7): _____

Harassment in the Second Degree

NY Penal Law § 240.26: ✓ (3)

Obstructing Governmental Administration in the Second Degree

NY Penal Law § 195.05: _____

**October 19, 2012 Incident**

6. Did Terric LeTang prove by a preponderance of the evidence that he was falsely arrested by Sergeant Terpos and/or Officer Shea?

| | | |
|---|---|---|
| Sergeant Terpos: | YES _____ | NO ✓ |
| Officer Shea: | YES _____ | NO ✓ |

**(If you answered YES to question 6 for either or both of the defendants, proceed to questions 7-9. If you answered NO to question 6 for both of the defendants, proceed to question 10.)**

7. State the dollar amount of damages plaintiff sustained for loss of liberty:

| | |
|---|---|
| Sergeant Terpos (if applicable): | $_______ |
| Officer Shea (if applicable): | $_______ |

8. Did Terric LeTang prove by a preponderance of the evidence that he suffered actual compensatory damages (for physical, emotional, or psychic injury) as a result of being falsely arrested by Sergeant Terpos and/or Officer Shea?

| | | |
|---|---|---|
| Sergeant Terpos (if applicable): | YES _____ | NO _____ |
| Officer Shea (if applicable): | YES _____ | NO _____ |

9. State the dollar amount of any actual compensatory damages sustained by plaintiff (for physical, emotional, or psychic injury) that were caused by the conduct of any defendant for whom you answered YES for question 8:

| | |
|---|---|
| Sergeant Terpos (if applicable): | $_________ |
| Officer Shea (if applicable): | $_________ |

10. If you answered NO to Question 6 for either defendant, please check each crime listed below for which you found a defendant had probable cause to arrest Mr. LeTang on October 19, 2012. The crimes are defined at pages 18-20 of the jury charge. (If you answered YES to

question 6 for both defendants, do not answer the remaining questions and sign the verdict sheet on the next page.)

Disorderly Conduct

NY Penal Law § 240.20(1): _____
NY Penal Law § 240.20(2): _____
NY Penal Law § 240.20(3): _____
NY Penal Law § 240.20(4): _____
NY Penal Law § 240.20(5): _____
NY Penal Law § 240.20(6): ✓
NY Penal Law § 240.20(7): _____

Harassment in the Second Degree

NY Penal Law § 240.26: ✓ (3)

Obstructing Governmental Administration in the Second Degree

NY Penal Law § 195.05: _____

11. If you answered NO to question 6 for either defendant, please check each reason below for which you found that defendant not liable.

Sergeant Terpos (if applicable)

Had Probable Cause for Arrest ✓
Was Not Sufficiently Involved in Arrest _____

Officer Shea (if applicable)

Had Probable Cause for Arrest ✓
Was Not Sufficiently Involved in Arrest _____

YOU HAVE REACHED A VERDICT. THE FOREPERSON SHOULD DATE AND SIGN THIS VERDICT FORM AND ADVISE THE MARSHAL THAT YOU HAVE FINISHED DELIBERATIONS.

**Your foreperson must now sign and date the verdict sheet.**

David Rapoport
Signature of foreperson

Date: New York, New York
February 2, 2015